UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-20971-GAYLES/OTAZO-REYES

SUNSCREEN MIST HOLDINGS, LLC, a
Michigan limited liability company,

              Plaintiff,

vs

SNAPPYSCREEN, INC., a New York
corporation; LOEWS MIAMI BEACH
HOTEL OPERATING COMPANY, INC.,
d/b/a LOWES HOTEL MIAMI BEACH, a
Delaware corporation; and HIT PORTFOLIO I
MISC TRS, LLC, d/b/a HYATT REGENCY
COCONUT POINT, a Florida limited liability
company,

              Defendants.
_____/

**DEFENDANT HIT PORTFOLIO I MISC TRS, LLC'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant HIT Portfolio I MISC TRS, LLC ("HIT" or "Defendant"), by and through its attorneys, makes the following disclosure:

HIT is a Delaware limited liability company. There is no publicly held corporation owning 10% or more of the stock of HIT. The indirect and direct corporate parents of HIT are:

HIT Portfolio I TRS Holdco, LLC, a Delaware limited liability company;

HIT Portfolio I Holdco, LLC, a Delaware limited liability company;

HIT Portfolio Member, LP, a Delaware limited partnership;

Hospitality Investors Trust Operating Partnership, L.P., a Delaware limited partnership; and

Hospitality Investors Trust, Inc., a Maryland corporation.

**LOTT & FISCHER, PL** • 255 Aragon Avenue • Third Floor • Coral Gables, FL  33134
Telephone: (305) 448-7089 • Facsimile: (305) 446-6191

CASE NO. 1:18-CV-20971-DPG/AOR

Date: April 13, 2018    Respectfully submitted,

**LOTT & FISCHER PL**

**s/ Ury Fischer**
Ury Fischer
Florida Bar No. 048534
E-mail: ufischer@lottfischer.com
Nicholas Camillo
Florida Bar No. 125364
E-mail: ncamillo@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

s/ Ury Fischer
Ury Fischer

CASE NO. 1:18-CV-20971-DPG/AOR

## SERVICE LIST

*Sunscreen Mist Holdings, LLC v. Snappyscreen, Inc., et al.*
United States District Court, Southern District of Florida
Case No. 1:18-cv-20971-GAYLES/OTAZO-REYES

Service via CM/ECF generated Notices of Electronic Filing:

**THE RUBINSTEIN LAW FIRM**
Jan Jeffrey Rubinstein
E-mail:  jjrubinstein@yahoo.com
2637 E. Atlantic Blvd #28613
Pompano Beach, FL  33062
Telephone:  (248) 220-1415
Facsimile:  (248) 213-6394

-and-

**VANOPHEM IP LAW PLC**
John VanOphem*
E-mail:  john@vanophemiplaw.com
1585 S. Hickory Ridge Road
Milford, MI  48380
Telephone:  (248) 897-8913

*To be admitted Pro Hac Vice*

*Attorneys for Plaintiff*